**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Airtex Products, LP, Plaintiff<br><br>v.<br><br>Asian Century Industries (Tianjin) Ltd. and Tony Kuo, Defendants. | Case Number:    FILED: AUGUST 6, 2008<br>08CV4432<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE ASHMAN<br><br>CEM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiff, Airtex Products, LP

---

NAME (Type or print)
Tracy Hannan

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/Tracy Hannan

FIRM   Wildman, Harrold, Allen & Dixon, LP

STREET ADDRESS   225 W. Wacker Drive, Suite 3000

CITY/STATE/ZIP   Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281834 | TELEPHONE NUMBER (312) 201-2000 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                  APPOINTED COUNSEL