IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Airtex Products, LP, a Delaware Limited Partnership,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>Asian Century Industries (Tianjin) Ltd., a Chinese Corporation, and Tony Kuo.<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: AUGUST 6, 2008<br>08CV4432<br>JUDGE ST. EVE<br>CASE NO: MAGISTRATE JUDGE ASHMAN<br><br>CEM |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Plaintiff Airtex Products, LP states the following:

Airtex Products, LP is a Delaware limited partnership. Airtex's partners are UCI-Airtex Holdings, LLC and Airtex Industries, LLC, both Delaware limited liability companies which are wholly-owned subsidiaries of United Components, Inc. No publicly held corporation owns 5% or more of United Components, Inc.'s stock.

Dated: August 6, 2008

　　　　　　　　　　　　　　　　　　　　By: /s/ Brian Lewis
　　　　　　　　　　　　　　　　　　　　　　Brian Lewis
　　　　　　　　　　　　　　　　　　　　　　Paul Olszowka
　　　　　　　　　　　　　　　　　　　　　　Tracy Hannan
　　　　　　　　　　　　　　　　　　　　　　Wildman, Harrold, Allen & Dixon LLP
　　　　　　　　　　　　　　　　　　　　　　225 West Wacker Drive
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　(312) 201-2000 (Telephone)
　　　　　　　　　　　　　　　　　　　　　　(312) 201-2555 (Facsimile)

　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Airtex Products, LP

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's electronic delivery system this 6th day of August, 2008.

/s/ Brian Lewis
Attorney for Plaintiff Airtex Products, LLP

Brian Lewis (# 6190792)
Paul Olszowka (#6291267)
Tracy Hannan (#6281834)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive - Suite 3000
Chicago, IL 60606-1229
(312) 201-2000